An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

CORNELIUS A. GAINES, III,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF CLARK,
Respondent.

No. 69205

**FILED**

DEC 17 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DENYING PETITION

This is a pro se petition for a writ of mandamus. Petitioner seeks an order directing the district court to vacate the decision to deny his postconviction petition for a writ of habeas corpus. We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we decline to exercise original jurisdiction in this matter because petitioner has an adequate legal remedy by way of an appeal from the denial of a postconviction petition for a writ of habeas corpus.[1] *See* NRS 34.170; *see also* NRS 34.575(1). Accordingly, we

ORDER the petition DENIED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

---

[1] We express no opinion as to whether petitioner can meet the deadline for filing a notice of appeal.

15-38657

cc: Cornelius A. Gaines, III
Attorney General/Carson City
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A